UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## SCHEDULING CONFERENCE NOTICE

**A SCHEDULING CONFERENCE** will be held **BY TELEPHONE** on **October 5, 2015** in each of the following cases for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.  The Case Manager will initiate the call.

| CIVIL ACTION | | TIME |
|---|---|---|
| 15-1128 | Marshall vs Louisiana, et al | 10:10 a.m. |
| 15-2839 | Romano vs West Bend | 10:20 a.m. |
| 15-3017 | Miraglia vs Supercuts | 10:30 a.m. |

**TRIAL COUNSEL** are to participate in this conference.  A paralegal or secretary may not be substituted.  If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements.  If, for good cause, neither is possible, you must file a Motion and Order to Continue at least two days prior to the above date.

Counsel adding new parties subsequent to the mailing of this notice shall notify such new party to participate as required by this notice.

Counsel are to comply with the discovery disclosure requirements of F.R.C.P. 26(a)(1), 26(f) and Local Rule 26 and the corporate disclosure requirements of F.R.C.P. 7.1.  Counsel are to be prepared to answer the following questions concerning disclosure:
1. Have all parties completed your Rule 26(a)(1) mandatory initial disclosures?
2. Have all parties stipulated that initial disclosures under Rule 26(a)(1) will not be made in this case?
3. Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case?
4. Have the corporate parties filed their corporate disclosure statements?

ISSUED BY:   James Crull
             Case Manager
             (504) 589-7688