UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MITCHELL MIRAGLIA** | ) |
| | ) Case No. 15-cv-3017 |
| | ) |
| v. | ) JUDGE JAY C. ZAINEY |
| | ) |
| **SUPERCUTS, INC.** | ) MAGISTRATE JUDGE KAREN WELLS |
| | ) ROBY |
| | ) |

**Plaintiff Mitchell Miraglia's Motion to Strike**
**Affirmative Defenses in Defendant Supercuts, Inc.'s Answer**

Mitchell Miraglia ("Plaintiff"), moves this Court for an Order striking Supercuts, Inc.'s ("Defendant") Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth, and Thirteenth Affirmative Defenses in Defendant's Answer pursuant to Fed.R.Civ.P. 12(f). Specifically, Plaintiff avers that Defendant's affirmative defenses fail on the grounds that they are 1) legally insufficient, 2) impertinent, and/or 3) redundant. Plaintiff asks this Court to strike these affirmative defenses, for the reasons set forth more fully in Plaintiff's accompanying Memorandum in Support of Motion to Strike.

Respectfully Submitted,

THE BIZER LAW FIRM
Attorneys for Plaintiff
Andrew D. Bizer (LA # 30396)
andrew@bizerlaw.com
Garret S. DeReus (LA # 35105)
gdereus1@gmail.com
Amanda K. Klevorn (LA # 35193)
aklevorn@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

By: /s/ Amanda K. Klevorn
   AMANDA K. KLEVORN

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing pleading has been delivered to all counsel of record on October 6, 2015, by EFC filing, by hand deliver, by fax, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

                                             /s/ Amanda K. Klevorn\_\_\_\_
                                               AMANDA K. KLEVORN