UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MITCHELL MIRAGLIA | ) |
| | ) Case No. 15-cv-3017 |
| | ) |
| v. | ) JUDGE JAY C. ZAINEY |
| | ) |
| SUPERCUTS, INC. | ) MAGISTRATE JUDGE KAREN WELLS |
| | ) ROBY |
| | ) |

## ORDER

Considering the CONSENT MOTION TO DISMISS ACTION WITH PREJUDICE submitted by Mitchell Miraglia, Plaintiff, through his undersigned counsel, and the representations contained therein regarding the settlement of this matter and the consent by defendants to the entry of this Order:

**IT IS ORDERED THAT:**

1.  The claims and demands asserted by Mitchell Miraglia, Plaintiff, against defendant are hereby dismissed with prejudice, with each party to bear its own costs.

2.  This matter shall be closed for administrative purposes by the Clerk of Court.

This __17th__ day of __December__, 2015, New Orleans, Louisiana.

_____
JUDGE